USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                 :
SAMUEL BRICE,                    :
                                 :
                    Plaintiff,     :               1:26-cv-4303-GHW
                                 :
           -v-                   :              ORDER
                                 :
TWO SIGMA INVESTMENTS LP, *et al.*,     :
                                 :
                  Defendants.    :
                                 :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiff Samuel Brice, proceeding *pro so*, has filed a motion for a temporary restraining order ("TRO").  Dkt. Nos. 5–7.  The Court may issue a temporary restraining order without notice to the adverse party only if "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition."  Fed. R. Civ. P. 65(b)(1)(A).  Plaintiff's application indicates that the events underlying his request were uncovered approximately two years ago.  Dkt. No. 7 ¶¶ 7, 12, 19.  On this record, Plaintiff has not shown that immediate and irreparable harm will occur before Defendant can be heard.  Accordingly, Plaintiff's application for a temporary restraining order is DENIED.  Plaintiff is directed to submit no later than June 1, 2026 a proposed order to show cause why a preliminary injunction should not be granted that will be served on the defendant for a hearing on a date to be set by the Court.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 5 and mail a

copy of this order to Mr. Brice.

      SO ORDERED.

Dated:  May 27, 2026
         New York, New York

_____
GREGORY H. WOODS
United States District Judge