USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

SAMUEL BRICE,

Plaintiff,

-v-

TWO SIGMA INVESTMENTS LP, *et al.*,

Defendants.

--------------------------------------------------------------- X

1:26-cv-4303-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Plaintiff's complaint was filed on May 22, 2026. Dkt. No. 1. A summons was issued on May 28, 2026. Dkt. No. 11. Federal Rule of Civil Procedure 4(m) states, in relevant part, that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." The ninety-day period for service expired on August 20, 2026. As of August 25, 2026, there was no indication on the docket that any defendant had been served. Accordingly, the Court ordered Plaintiff to show cause by August 31, 2026 as to why this action should not be dismissed for failure to serve process in the time allotted by Rule 4(m). Dkt. No. 13. As of the date of this order, Plaintiff has not responded to the Court's order to show cause or filed proof of service. Accordingly, the Court dismisses Plaintiff's claims against all defendants pursuant to Rule 4(m) without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to close this case and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: September 2, 2026
New York, New York

GREGORY H. WOODS
United States District Judge